UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Perry Endsley | § | |
| | § | |
| v. | § | Case No.: 2:26cv58 |
| | § | |
| Noack Law Firm PLLC | **§** | |

### <u>NOTICE  OF VIDEO TELECONFERENCE RESETTING</u>

Parties are advised that a video teleconference has been rescheduled before **United States District Court Judge David S. Morales** for the following date and time:

**May 8, 2026 at 10:00 a.m. (Central)**

**Re: Initial Pretrial Conference**

Join ZoomGov Meeting
https://www.zoomgov.com/j/1615444251?pwd=R3g5ZnBwdVpvVkFCUlBVS211UXZ4QT09
Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 646 828 7666 US (New York)
Meeting ID: 161 544 4251
Password: 020679

Date: April 14, 2026                          **BY ORDER OF THE COURT**

                                             Nathan Ochsner, Clerk of Court
                                             By :  /s/ Arlene Rodriguez Clancy
                                             Case Manager to Judge David S. Morales
                                             Tel.: 361-888-3369