IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

PERRY ENDSLEY,

   *Plaintiff,*

v.

                           Case No.: 2:26-cv-00058

NAOCK LAW FIRM PLLC,

   *Defendant.*

§§§§§§§§§§§

## DEFENDANT NOACK LAW FIRM PLLC'S ANSWER TO PLAINTIFF'S COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Defendant Noack Law Firm PLLC ("Defendant") and files this Answer to Plaintiff's Complaint as follows:

1.     Defendant admits Plaintiff is bringing this action based on Federal Debt Collection Practices Act ("FDCPA"). Defendant denies Plaintiff brought a claim under the Texas Debt Collection Act ("TDCA"). Defendant denies that any violations occurred.

## INTRODUCTION

2.     Defendant admits Plaintiff is bringing this action based on Federal Debt Collection Practices Act ("FDCPA"). Defendant denies Plaintiff brought a claim under the Texas Debt Collection Act ("TDCA"). Defendant denies that any violations occurred.

3.     Defendant denies Paragraph 3.

## JURISDICTION AND VENUE

4.     Defendant lacks knowledge or information sufficient to admit or deny Paragraph 4; therefore, Defendant denies the same.

5.     Defendant lacks knowledge or information sufficient to admit or deny Paragraph 5; therefore, Defendant denies the same.

**Defendant's Answer**　　　　　　　　　　　　　　　　　　　　　　　　Page **1** of **5**

1119.0002 Answer

6.      Defendant lacks knowledge or information sufficient to admit or deny Paragraph 6; therefore, Defendant denies the same.

## PARTIES

7.      Defendant admits Plaintiff is a natural person. Defendant lacks knowledge or information sufficient to admit or deny the remainder of Paragraph 7; therefore, Defendant denies the same.

8.      Defendant admits it is a law firm domiciled in San Antonio and doing business in Texas. Defendant admits its registered agent is at the listed address. The remainder of Paragraph 8 calls for a legal conclusion; therefore, Defendant denies the same.

9.      Defendant lacks knowledge or information sufficient to admit or deny Paragraph 9; therefore, Defendant denies the same.

10.      Defendant lacks knowledge or information sufficient to admit or deny Paragraph 10; therefore, Defendant denies the same.

## FACTS

*Defendant denies that a post judgement settlement was reached.*

11.      Defendant admits Paragraph 11.

12.      Paragraph 12 calls for a legal conclusion; therefore, Defendant denies the same.

13.      Defendant lacks knowledge or information sufficient to admit or deny Paragraph 13; therefore, Defendant denies the same.

14.      Defendant denies Paragraph 14.

15.      Defendant denies Paragraph 15 in so far as it states/implies a settlement agreement was finalized.

16.      Defendant denies Paragraph 16 in so far as it states/implies a settlement agreement was finalized.

17.     Defendant denies Paragraph 17 in so far as it states/implies a settlement agreement was finalized.

18.     Defendant denies Paragraph 18 in so far as it states/implies a settlement agreement was finalized.

19.     Defendant admits Paragraph 19.

20.     Defendant lacks knowledge or information sufficient to admit or deny Paragraph 20; therefore, Defendant denies the same.

21.     Defendant denies Paragraph 21.

22.     Defendant denies Paragraph 22.

23.     Defendant denies Paragraph 23.

24.     Defendant lacks knowledge or information sufficient to admit or deny Paragraph 24; therefore, Defendant denies the same.

25.     Defendant admits Plaintiff's attorney sent the referenced email. Defendant denies the statements made in the referenced email are true.

26.     Defendant denies Paragraph 26.

27.     Defendant denies Paragraph 27.

28.     Defendant denies Paragraph 28.

29.     Defendant denies Paragraph 29.

**VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT – 15 U.S.C. §1692C(A)(2)**
*Against Defendant West Law Group PLLC[1]*

30.     Paragraph 30 is an incomplete and/or inaccurate statement of the law; therefore, Defendant denies.

---

[1] Defendant believes this is a typo and will provide response as if the allegation was made against Defendant.

<u>**Defendant's Answer**</u>                                                                                         Page **3** of **5**
1119.0002 Answer

31.    Paragraph 31 is an incomplete and/or inaccurate statement of the law; therefore, Defendant denies.

32.    Defendant lacks knowledge or information sufficient to admit or deny Paragraph 32; therefore, Defendant denies the same.

33.    Paragraph 33 is an incomplete and/or inaccurate statement of the law; therefore, Defendant denies.

34.    Paragraph 34 calls for a legal conclusion; therefore, Defendant denies.

35.    Paragraph 35 is an incomplete and/or inaccurate statement of the law; therefore, Defendant denies.

36.    Defendant lacks knowledge or information sufficient to admit or deny Paragraph 36; therefore, Defendant denies the same.

37.    Paragraph 37 calls for a legal conclusion; therefore, Defendant denies.

38.    Defendant denies Paragraph 38.

39.    Defendant denies Paragraph 39.

40.    Defendant denies Paragraph 40.

41.    Defendant denies Paragraph 41.

42.    Defendant denies Paragraph 42.

## JURY DEMAND

43.    Defendant admits Plaintiff seeks a trial by jury in this case.

## PRAYER

44.    Defendant denies Plaintiff's prayer for relief and its subparts and denies Plaintiff is entitled to any relief or damages.

## AFFIRMATIVE DEFENSES

45.    Plaintiff's damages, if any, are the result of a pre-existing condition not caused nor exacerbated by Defendant.

46.    Plaintiff proximately caused his own damages, if any.

47.    Plaintiff's damages were caused by a third party over which Defendant has no control.

48.    Any violation of the FDCPA and/or Texas Finance Code, if any, was caused by a good-faith bona fide error.

WHEREFORE, PREMISES CONSIDERED, Defendant Noack Law Firm PLLC respectfully requests that this Court dismiss all claims against Defendant with prejudice.

Respectfully submitted,

MARTIN GOLDEN LYONS
WATTS MORGAN PLLC

/s/ Xerxes Martin
EUGENE XERXES MARTIN, IV
Texas State Bar No. 24078928
xmartin@mgl.law
JUSTIN HAN
Texas State Bar No. 24109971
jhan@mgl.law
8750 N. Central Expressway, Suite 1850
Dallas, Texas 75231
T: 214-346-2630 | F: 214-346-2631

COUNSEL FOR DEFENDANT
NOACK LAW FIRM PLLC

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded via **CM/ECF** system to all parties entitled to notice of the same on this 6th day of May, 2026.

/s/ Xerxes Martin
EUGENE XERXES MARTIN, IV