IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| PERRY ENDSLEY, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No.: 2:26-cv-00058 |
| | § | |
| NOACK LAW FIRM PLLC, | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

**DEFENDANT NOACK LAW FIRM PLLC'S CERTIFICATE OF
INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

PURSUANT to Local Rule 7.1(a), Noack Law Firm PLLC ("Defendant") files its

Certificate of Interested Parties who may have a financial interest in the outcome of this case:

Perry Endsley
Plaintiff

Amy Beth Clark
Plaintiff's Attorney

Ciment Law Firm
Plaintiff's Counsel

Noack Law Firm PLLC
Defendant

PURSUANT to Fed. R. Civ. P. 7.1, Defendant Noack Law Firm PLLC is not owned by

any parent, subsidiary, or affiliate corporation. There is no publicly held company that owns 10%

or more interest in Noack Law Firm PLLC.

Dated: May 6, 2026.                    Respectfully submitted,

                                       /s/ Xerxes Martin
                                       EUGENE XERXES MARTIN, IV
                                       Texas State Bar No. 24078928
                                       TXSD Fed. No. 1384806
                                       Email: xmartin@mgl.law
                                       JUSTIN HAN
                                       Texas State Bar No. 24109971
                                       TXSD Fed. No. 3770606
                                       Email: jhan@mgl.law
                                       **MARTIN GOLDEN LYONS WATTS MORGAN PLLC**
                                       Northpark Central, Suite 1850
                                       8750 North Central Expressway
                                       Dallas, Texas 75231
                                       TEL: (214) 346-2630
                                       FAX: (214) 346-2631

                                       ***COUNSEL FOR DEFENDANT***
                                       ***NOACK LAW FIRM PLLC***

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded

via **CM/ECF** system to all parties entitled to notice of the same on this 6th day of May 2026.

                                       /s/ Xerxes Martin
                                       EUGENE XERXES MARTIN IV