UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | |
|---|---|
| **PERRY ENDSLEY,** | Case No. 2:26-cv-00058-dsm |
| *Plaintiff,* | |
| v. | |
| **NOACK LAW FIRM PLLC,** | |
| *Defendant.* | |

PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to Local Rule 7.1(a), Plaintiff Perry Endsley files his Certificate of Interested Parties who may have a financial interest in the outcome of this case:

Perry Endsley – Plaintiff

Ciment Law Firm, including Amy Beth Clark – Plaintiff's counsel of record and Plaintiff's law firm

Noack Law Firm PLLC – Defendant

Plaintiff is an individual.

Respectfully submitted,

**Amy Beth Clark**
Texas Bar No. 24043761
Ciment Law Firm, PLLC
221 Bella Katy Dr., Katy, Texas 77494
Tel: 833-663-3289

Email: amy@cimentlawfirm.com
*ATTORNEY FOR PLAINTIFF PERRY ENDSLEY*

**Certificate of Service**

I certify that on May 7, 2026 I served this Certificate of Interested Parties on the parties entitled to notice, via ECF and/or U.S. mail, consistent with the Federal Rules of Procedure and the Local Rules of the United States Court for the Southern District of Texas.

*/s/ Amy Beth Clark*

**Amy Beth Clark**